# Court of Appeals
# of the State of Georgia

ATLANTA, March 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26D0395. WILLIS v. JOLLY.**

This application for discretionary appeal is hereby **DISMISSED AS HAVING BEEN IMPROVIDENTLY DOCKETED**. By previous order of this Court, the application was re-docketed as a petition for writ of mandamus under Case Number A26E0154. See Court Of Appeals Rule 40 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/09/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*